624

387 A.2d 121

Maccerelli v. Mitten, et al., Appellants.

Argued December 7, 1977. Edwin P. Smith, with him Dubyn & Smith, for appellants; C. George Milner, for appellee.

Order affirmed.

387 A.2d 121

Mantis, et al. v. Rowe (et al., Appellant).

Argued December 7, 1977. David H. Roland, for appellant; Ward T. Williams, with him Patrick T. Ryan, for appellees, Mantis, Kubach, and Gerhardt; Judith R. Cohn, with her Steven E. Smathers, for appellees, Rowe and Davis.

Appeal quashed.